```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GRACIELA DONCOUSE,                                          :
                                                            :
                              Plaintiff,                    :
                                                            :            21-CV-11137 (VSB)
                  -against-                                 :
                                                            :                 ORDER
GO GO CURRY AMERICA GROUP, LLC                              :
and TSA REALTY LLC,                                         :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on December 29, 2021.  (Doc. 1).  Plaintiff filed affidavits of service indicating that Defendants were served on January 25, 2022.  (Doc. 5–6.)  The deadline for Defendants to respond to Plaintiff's complaint was February 15, 2022.  (*See id.*)  Defendants never responded to the complaint or appeared in the action.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 11, 2022.  If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 23, 2022
              New York, New York

                                                                VERNON S. BRODERICK
                                                                United States District Judge