UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
GRACIELA DONCOUSE,                                           :
:
                                    Plaintiff,               :
                                                             :     21-CV-11137 (VSB)
             -against-                                       :
                                                             :            **ORDER**
                                                             :
GO GO CURRY AMERICA GROUP, LLC                               :
and TSA REALTY LLC,                                          :
:
                                    Defendants.              :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement in principle. (Doc. 10.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

      The Clerk of Court is respectfully directed to close the open motion at Docket 10.

SO ORDERED.

Dated: March 18, 2022
       New York, New York

                                                      Vernon S. Broderick
                                                    United States District Judge